IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ADAM SCHUMAN,

    Plaintiff,

v.                                CASE NO. 3:14-cv-275-RS-CJK

EAGER BEAVER, LLC and HOWARD
JACQUES III,

    Defendant.
_____/

## ORDER

Plaintiff's Motion for Entry of Default Final Judgment (Doc. 16) and Plaintiff's Motion for Entitlement To and Award of Attorneys' Fees and Costs (Doc. 17) are **DENIED WITHOUT PREJUDICE**. In seeking attorneys' fees, parties are required to file "a supporting affidavit from an attorney, familiar with the area of law involved, that the requested rate for hourly compensation is in line with the prevailing market rate for the work performed." N.D. Fla. Loc. R. 54.1(E)(3). Plaintiffs' counsel, Jeremiah Talbott, attached an affidavit *from himself* stating that his own hourly rate was reasonable. This self-serving affidavit is insufficient to justify his stated hourly rate of $350 an hour. *See A.L. ex rel. P.L.B. v. Jackson Cnty. Sch. Bd.*, 5:12-CV-299-RS-EMT, 2014 WL 2155223 (N.D. Fla. May 22, 2014) (finding attorney's own "self-serving affidavit to be of little help").

2

Plaintiff has leave to refile motions for default judgment and attorneys' fees, this time attaching an affidavit from a disinterested attorney who is qualified to state whether Mr. Talbott's hourly rate is reasonable.

**ORDERED** on September 30, 2014.

                                          **/s/ Richard Smoak**
                                          **RICHARD SMOAK**
                                          **UNITED STATES DISTRICT JUDGE**